

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 0 9 2007

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

REBECCA CESSOR,                           )
                                          )
    Plaintiff,                         )
                                          )
vs.                                       )        Civil No. 07-CV-191-JLH
                                          )
CAVALRY PORTFOLIO SERVICES, LLC,          )
                                          )
    Defendant.                         )

### NOTICE OF VOLUNTARY DISMISSAL

To:   CAVALRY PORTFOLIO SERVICES, LLC
      Attn: Legal Department
      PO Box 1017
      Hawthorne, NY 10532

       **PLEASE TAKE NOTICE THAT ON** October 4, 2007, there was filed in the United States District Court for the Eastern District of Arkansas, **Plaintiff's Voluntary Motion to Dismiss with prejudice,** a copy of which is attached hereto and herewith served upon you.

                                          By:_____
                                            Attorney for Plaintiff

Name:             LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys For:    Plaintiff
Address:         205 N. Michigan Ave, 40th Floor
City:               Chicago, Illinois 60601
Telephone:       (312) 222-9028
Facsimile:        (312) 602-3911

### PROOF OF SERVICE

       I, the undersigned, an attorney, certify that I served this notice to the above named party at the above referenced addresses on October 4, 2007, by 5:00 p.m. from 205 N. Michigan Ave, Chicago, Illinois 60601.

                                          By:_____

                                            Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| REBECCA CESSOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 07-CV-191-JLH |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## VOUNTARY MOTION TO DISMISS

NOW COMES the Plaintiff, REBECCA CESSOR, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, CAVALRY PORTFOLIO SERIVES, LLC, with prejudice and without costs to be paid to any party.

Respectfully Submitted,
**REBECCA CESSOR**

By:
Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911